AO 451  (Rev.12/93)   Certification of Judgment

04MBD10178

# UNITED STATES DISTRICT COURT

DISTRICT OF _____

Northeastern Graphic Supply, Inc.

V.

Word Tech Corporation

**CERTIFICATION OF JUDGMENT
FOR REGISTRATION IN
ANOTHER DISTRICT**

Case Number:  03-2158

I, _____Celia E. Strickler_____ Clerk of the United States bankruptcy court certify that the attached judgment is a true and correct copy of the original judgment entered in this action ___1/15/2004___, as it
                                                                                                                                                            Date
appears in the records of this court, and that

no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of appellate Procedure has been filed.  The case was closed on 02/06/2004.

**IN TESTIMONY WHEREOF,** I sign my name and affix the seal of this Court.

___6/16/2004___
       Date

_____
Clerk

_____
(By) Deputy Clerk

---

*Insert the appropriate language: ..."no notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure has been filed." ..."no notice of appeal from this judgment has been filed, and any motions of the kinds listed in Rule 4(a) of the Federal Rules of Appellate Procedure (†) have been disposed of, the latest order disposing of such a motion having been entered on [date]." ..."an appeal was taken from this judgment and the judgment was affirmed by mandate of the Court of Appeals issued on [date]. ..."an appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

(† Note: The motions listed in Rule 4(a), Fed. R. App. P., are motions: for judgment notwithstanding the verdict; to amend or make additional findings of fact; to alter or amend the judgment; for a new trial; and for an extension of time for filing a notice of appeal.)

FILED
IN CLERKS OFFICE

2004 JUN 10 P 3: 36

U.S. DISTRICT COURT
DISTRICT OF MASS.

# United States Bankruptcy Court
## District Of MAINE

In re **Northeastern Graphic Supply, Inc.**,
        Debtor

Case No. **03-20069**

Chapter **11**

**Northeastern Graphic Supply, Inc.**,
        Plaintiff

v.

**WordTech Corporation**,
        Defendant

Adv. Proc. No. **03-2158**

## WRIT OF EXECUTION TO THE UNITED STATES MARSHAL

**Name and Address of Judgment Creditor**
Northeastern Graphic Supply, Inc.
c/o Metropolitan Legal Center, P.A.
P.O. Box 18201, Portland, ME 04112-8201

Amount of Judgment:
$ **$41,097.37**

Other Costs:
$ **$150**

vs.

**Name and Address of Judgment Debtor**
WordTech Corporation
42 D Pleasant Street, Stoneham, MA 02180

Date of Entry of Judgment:
**January 15, 2004**

TO THE UNITED STATES MARSHAL FOR THE _____ DISTRICT OF **Maine** _____:
    You are directed to levy upon the property of the above named judgment debtor to satisfy a money judgment in accordance with the attached instructions.

TO THE JUDGMENT DEBTOR:
    You are notified that federal and state exemptions may be available to you and that you have a right to seek a court order releasing as exempt any property specified in the marshal's schedule from the levy.

_Jan. 29, 2004_
Date

_Celia E. Strickler_ (signature)
Clerk of the Bankruptcy Court

A true copy
Attest: Celia E. Strickler, Clerk
by _____
Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:
**NORTHEASTERN GRAPHIC SUPPLY, INC.**
   Debtor

Chapter 11
Case No. 03-20069

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NORTHEASTERN GRAPHIC SUPPLY, INC.,**
   Plaintiff
 vs.
**WORDTECH CORPORATION,**
   Defendant

Adversary Proceeding No 03-2158

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ORDER AND JUDGMENT

After notice, no hearing being necessary, in the absence of timely pleading or defense and with personal and subject matter jurisdiction being satisfied, based on the motion and accompanying papers, and based on this court's independent review of the files and records in this case, cause being shown, it is ORDERED that judgment is entered in the Plaintiff's favor and against the Defendant in the amount of $41,097.37 plus costs.

It appears from the docket that default has previously entered, rendering entry of judgment appropriate at this time.

_____January  15___, 2004_____     /s/ James B. Haines, Jr.
                James B. Haines, Jr.
                United States Bankruptcy Judge

C:\Clients\NE Graphic\WordTech\Pleadings\Judgment.wpd

A true copy
Attest: Celia E. Strickler, Clerk
by [signature]
  Deputy Clerk

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MAINE

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:
**NORTHEASTERN GRAPHIC SUPPLY, INC.**
      Debtor

Chapter 11
Case No. 03-20069

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**NORTHEASTERN GRAPHIC SUPPLY, INC.,**
      Plaintiff

vs.

**WORDTECH CORPORATION,**
      Defendant

Adversary Proceeding No 03-2158

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### ENTRY OF DEFAULT

The Defendant has failed to plead or otherwise defend this action. Defendant's default is entered.

Dated: January 15, 2004

_____
Clerk of Court

C:\Clients\NE Graphic\WordTech\Pleadings\Defaul2.wpd

A true copy
Attest: Celia E. Strickler, Clerk
by _____
Deputy Clerk