**UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS**

04 MBD 10178

**FIRST EXECUTION**                                    CIVIL ACTION NO. __MISC__

To the United States Marshal for the District of Massachusetts or either of her Deputies and to __Middlesex Deputy Sheriffs__, Special Process Server:

WHEREAS __Northeastern Graphic Supply, Inc., Plaintiff__ has recovered judgment against __Word Tech Corporation, Defendant__ on the __15__ day of __January__ __2004__, for the sum of $ __41,097.37__, debt or damage, pre-judgment interest in the amount of $ __0__, and costs of this suit in the amount of $ __150.00__, as to us appears of record, whereof this First Execution remains to be done,

WE COMMAND YOU, therefore, that of the goods and chattels or lands of the said Judgment Debtor, to cause to be paid and satisfied unto the said Judgment Creditor, at the value thereof in money, the aforesaid sums, being a total of __$42,247.37__, in the whole, with interest thereon at the rate of __N/A__ from said day of rendition of said judgment; and thereof also to satisfy yourself for your own fees.

HEREOF FAIL NOT and make due return of this Writ with your doings thereon into the Clerk's Office of our said court, at __Boston__, Massachusetts, within Twenty (20) years after the date of said judgment, or within Ten (10) days after this Writ has been satisfied or discharged.

Dated this __30th__ day of __JUNE__, 19 __2004__.

SEAL

**TONY ANASTAS, CLERK**

By: _____
       Deputy Clerk

(1stexecu.wrt - 10/96)                                                   [writexec.]